JOSEPH D. CELANO *v*. J. WILLIAM BURNS,
COMMISSIONER OF TRANSPORTATION
(9948)

DALY, NORCOTT and LANDAU, Js.

Argued October 30—decision released November 19, 1991

*Joseph D. Celano,* pro se, the appellant (plaintiff).

*Lawrence G. Widem,* assistant attorney general, with whom, on the brief, was *Richard Blumenthal,* attorney general, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.